IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
JACKSON DIVISION

ROMMEL AMOS, # L6177                        PETITIONER

vs.                      Civil Action No. 3:06-cv-447 HTW-LRA

JOE THORNTON and JIM HOOD                 RESPONDENTS

## FINAL JUDGMENT

This cause came before the court on the petition for writ of habeas corpus filed by the petitioner. The court, having adopted the Report and Recommendation as the order of this court, hereby dismisses petitioner's petition for writ of habeas corpus with prejudice and enters final judgment in favor of the respondents. The above-styled and numbered cause is dismissed with prejudice.

**SO ORDERED AND ADJUDGED, this the 31st day of August, 2009.**

                                       s/ HENRY T. WINGATE
                                       CHIEF UNITED STATES DISTRICT JUDGE